# Court of Appeals
## Tenth Appellate District of Texas

10-25-00310-CV

1836 Surveying & Mapping, Mapping Campbell Land Services,
Xavier Sandoval, and Chris Campbell,
Appellants

v.

Stephen Godinich and Triple Outdoors Ranch, LLC,
Appellees

On appeal from the
12th District Court of Walker County, Texas
Judge David W. Moorman, presiding
Trial Court Cause No. 2531746

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellants filed an interlocutory appeal of the trial court's denial of their motion to dismiss for failure to file a certificate of merit pursuant to Section 150.002 of the Texas Civil Practices and Remedies Code. By letter dated September 22, 2025, the Clerk of this Court notified Appellants that a response was required to advise the Court of whether or not the record had been requested and paid for. Further, Appellants were warned that the failure

to respond to the Clerk's letter no later than Monday, September 29, 2025, "may result in the dismissal of this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b), (c)."

As of the date of this Opinion, Appellants have failed to file the requested response with this Court. This appeal is dismissed for want of prosecution and for failure to comply with a notice of the Clerk requiring a response. *See* TEX. R. APP. P. 42.3(b), (c).

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: October 9, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

